## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL D. NIEMEYER, | ) | 4:12CV3014 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STORE KRAFT MANUFACTURING | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |


Defendant having indicated through its counsel that it has no objection,

IT IS ORDERED that Plaintiff's motion for an enlargement of time (filing 11) is granted, as follows:

Plaintiff shall have an additional 30 days, until April 25, 2012, to respond to Defendant's motion to dismiss (filing 8).


April 12, 2012.                    BY THE COURT:

                                   *Richard G. Kopf*
                                   Senior United States District Judge